PROB 12A
(REVISED 5/2011)

# United States District Court
для
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Laquesia Bianca London</u>  Case Number: <u>3:10-00213-01</u>

Name of Judicial Officer: <u>The Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>February 28, 2011</u>

Original Offense: <u>18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm</u>

Original Sentence: <u>24 months' custody, followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>July 9, 2012</u>

Assistant U.S. Attorney: <u>Scarlett Singleton</u>  Defense Attorney: <u>Michael C. Holley</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this <u>16</u> day of <u>Jan</u>,
2014, and made a part of the records in the above case.

_____
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place     Columbia, Tennessee

Date      January 16, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **Shall not commit another federal, state, or local crime:**

On December 12, 2013, in Davidson County, Tennessee, Ms. London was stopped by the Metropolitan Police Department, and cited for Driving on a Revoked License (Citation Number SCE128262). According to the citation, Ms. London was stopped by Metropolitan Nashville Police Department Officer Douglas Fowler for a traffic violation. Upon contact with Ms. London, she handed the officer a Tennessee ID only. A computer check of her information yielded her license status to be currently revoked. Ms. London has a court date scheduled for a Review hearing on March 18, 2014.

On December 13, 2013, Ms. London left a voice mail message for this officer advising that she had been stopped on a traffic violation and was cited for Driving on a Revoked License. This officer spoke with Ms. London again on January 7, 2014, and she indicated the officer stopped her because her music was playing too loudly.

### Compliance with Supervision Conditions and Prior Interventions:

Laquesia London is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since July 9, 2012. She is employed as a fork lift driver with Tyson Foods, Goodlettsville, Tennessee. She lives with her children in Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence, as well as, employment visits.

### U.S. Probation Officer Recommendation:

The probation officer respectfully recommends the offender be continued on supervised release and that the new violation be handled in Davidson County General Sessions Court. The state court will likely impose an appropriate sentence should Ms. London be adjudicated guilty of the charges.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Burton Putman
Supervisory U.S. Probation Officer