UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00213 |
| | ) | JUDGE CAMPBELL |
| LAQUESIA BIANCA LONDON | ) | |

## ORDER

Pending before the Court is a Petition to Terminate Supervised Release (Docket No. 39) filed by counsel for Defendant Laquesia London.

The Government is directed to file a response to the Petition by March 7, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE